UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SANJIT JAMES JAYAKAR,

    Defendant.
_____/

Case No. 19-20173

Hon. George Caram Steeh

ORDER DENYING MOTION TO AMEND
CONDITIONS OF PROBATION (ECF NO. 70)

    Defendant Sanjit Jayakar requests that the court amend the conditions of his probation. On March 5, 2022, the court sentenced Defendant to 24 months of probation, with the first 180 days to be spent in a Residential Reentry Center (RRC). Defendant reported to the RRC located on Townsend in Detroit, Michigan, on April 19, 2022.

    Defendant alleges that he began experiencing breathing problems immediately, because of construction dust at the facility and his history of respiratory problems. He was hospitalized on April 24, 2022, and diagnosed with an exacerbation of chronic obstructive pulmonary disease and COVID-19. The coronavirus infection caused him to suffer an acute

kidney injury. He was discharged on April 27, 2022, with the goals of taking "medications as prescribed", attending follow-up appointments, and returning to his "baseline activity level." ECF No. 73-4.

Defendant contends that the RRC does not have the ability to respond to his complicated medical conditions, and that communal living is inappropriate for him given his compromised immune system. He requests that he be allowed to serve his first 180 days of probation in home confinement rather than at the RRC.

The court has the discretion to modify the terms of Defendant's probation, pursuant to 18 U.S.C. § 3563(c): "The court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the conditions of probation." *Id.*; *see also* Fed. R. Crim. P. 32.1(c).

At sentencing, the court considered Defendant's health conditions, among other factors, when imposing a sentence of probation substantially below the guidelines range of 10-16 months of incarceration. One of the conditions of probation is for Defendant to reside in an RRC for 180 days. Circumstances have not materially changed so as to warrant a modification

of the terms of his probation. Fortunately, Defendant has recovered from his COVID-19 hospitalization. The court appreciates Defendant's health concerns and is confident that the RRC can support his necessary care.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to amend the conditions of probation is DENIED.

Dated:  May 19, 2022

s/George Caram Steeh  
GEORGE CARAM STEEH  
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on May 19, 2022, by electronic and/or ordinary mail.

s/Brianna Sauve  
Deputy Clerk

---